# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE RICHARDSON | : | CIVIL ACTION |
| v. | : | |
| MICHAEL BARONE, et al | : | NO. 09-0314 |

## ORDER

**AND NOW**, this 9th day of February, 2011, upon consideration of the Petition for Writ of Habeas Corpus, the Respondents' Answer to Petition for Writ of Habeas Corpus, the Petitioner's Response to Respondents' Answer, the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin, the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Perkin is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.